# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Ira R. Murray III <br> _Debtor_ | CHAPTER 13 <br><br> BKY. NO. 15-17242-AMC |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of JP Morgan Chase, N.A. as Servicer for Deutsche Bank National Trust Company, formerly known as Bankers Trust Company of California, N.A., as Trustee for SACO I, Inc., Mortgage Pass-Through Certificates, Series 2000-1, and index same on the master mailing list.

Re: Loan # Ending In: 5476

                                        Respectfully submitted,

                                        **/s/, Joshua I. Goldman, Esquire**
                                        Joshua I. Goldman, Esquire
                                        Thomas Puleo, Esquire
                                        KML Law Group, P.C.
                                        701 Market Street, Suite 5000
                                        Philadelphia, PA 19106-1532
                                        (215) 825-6306  FAX (215) 825-6406