# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                         Chapter 13

                         Bankruptcy No. 15-17242-AMC

IRA R. MURRAY III

1431 N. FELTON STREET

PHILADELPHIA, PA 19151

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    IRA R. MURRAY III

    1431 N. FELTON STREET

    PHILADELPHIA, PA 19151

Counsel for debtor(s), by electronic notice only.

    CIBIK & CATALDO
    1500 WALNUT STREET
    SUITE 900
    PHILA, PA 19102-

Date: 8/15/2016                     /S/ William C. Miller
                                      _____
                                      William C. Miller, Esquire
                                      Chapter 13 Standing Trustee