**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: : CHAPTER 13
Ira R. Murray, III

DEBTOR : BKY. NO. 15-17242AMC13

**ORDER APPROVING COUNSEL FEE**

AND NOW, this 6th day of September 2016, in consideration of the foregoing Application for APPROVAL of Counsel Fee it is

ORDERED and DECREED that a counsel fee in the amount of **$4,500.00** is approved and the balance due counsel in the amount of **$3,500.00** shall be disbursed for debtor by the Standing Chapter 13 Trustee.

_____
Ashely M. Chan
U.S. BANKRUPTCY JUDGE

cc: Michael A. Cataldo, Esq.
Cibik & Cataldo, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102

Ira Murray
1431 N. Felton Street
Philadelphia, PA 19151

William C. Miller, Esquire
Chapter 13 Trustee
P.O. Box 40119
Philadelphia, PA 19106-0119