United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                   Case No. 15-17242-amc
Ira R. Murray, III                                                       Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: ChrissyW    Page 1 of 1    Date Rcvd: Sep 06, 2016
                Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 08, 2016.
db          +Ira R. Murray, III,   1431 N. Felton Street,   Philadelphia, PA 19151-3806

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 08, 2016                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 6, 2016 at the address(es) listed below:
      JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Deutsche Bank National Trust Company, formerly
       known as Bankers Trust Company of California, N.A., as Trustee for SACO I, Inc., Mortgage
       Pass-Through Certificates, Series 2000-1 bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
      MATTHEW CHRISTIAN WALDT    on behalf of Creditor    U.S. Bank National Association, as Trustee,
       Successor in Interest to Wachovia Bank, N.A. (formerly known as First Union National Bank), as
       Trustee for Long Beach Mortgage Loan Trust 2002-1 mwaldt@milsteadlaw.com,   bkecf@milsteadlaw.com
      MICHAEL A. CATALDO2    on behalf of Debtor Ira R. Murray, III ecf@ccpclaw.com,
       igotnotices@ccpclaw.com
      MICHAEL A. CIBIK2    on behalf of Debtor Ira R. Murray, III ecf@ccpclaw.com,
       igotnotices@ccpclaw.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                TOTAL: 6

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: : CHAPTER 13
Ira R. Murray, III

DEBTOR : BKY. NO. 15-17242AMC13

**ORDER APPROVING COUNSEL FEE**

AND NOW, this 6th day of September 2016, in consideration of the foregoing Application for APPROVAL of Counsel Fee it is

ORDERED and DECREED that a counsel fee in the amount of **$4,500.00** is approved and the balance due counsel in the amount of **$3,500.00** shall be disbursed for debtor by the Standing Chapter 13 Trustee.

_____
Ashely M. Chan
U.S. BANKRUPTCY JUDGE

cc: Michael A. Cataldo, Esq.
Cibik & Cataldo, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102

Ira Murray
1431 N. Felton Street
Philadelphia, PA 19151

William C. Miller, Esquire
Chapter 13 Trustee
P.O. Box 40119
Philadelphia, PA 19106-0119