**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                    :        CHAPTER 13
Ira R. Murray, III


          DEBTOR                   :        BKY. NO.   15-17242AMC13


**CERTIFICATION OF NO ANSWER,**
**OBJECTION, OR OTHER RESPONSIVE PLEADING**


    1.    That Michael A. Cataldo, Esquire, hereby certifies that a true and

correct copy of the MOTION TO MODIFY CHAPTER 13 PLAN AFTER

CONFIRMATION was served to all interested parties via Electronic Means or Via

Regular Mail.

    2.    That as of the date hereof, no answer, objection, or request for a

Hearing has been filed with the Clerk's Office or served on the undersigned.

    WHEREFORE, the undersigned respectfully requests an Order be entered.


    Respectfully submitted,


DATE:   September 20], 2016        _____/s/_____
                                   MICHAEL A. CATALDO
                                   CIBIK & CATALDO, P.C.
                                   1500 WALNUT STREET, STE. 900
                                   PHILADELPHIA, PA 19102
                                   (215) 735-1060