**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                              :        CHAPTER 13

Ira R. Murray, III

    DEBTOR                              :        BKY. NO.   15-17242AMC13


TO THE CLERK OF THE U.S. BANKRUPTCY COURT:

Kindly withdraw the document number 42, the Motion to Modify Chapter 13 Plan After Confirmation filed on August 29, 2016.


Dated:   November 22, 2016           BY: /s/ Michael A. Cataldo
                                                                  MICHAEL A. CATALDO, ESQUIRE
                                                                   Cibik & Cataldo, P.C.
                                                                   1500 Walnut Street, Suite 900
                                                                   Philadelphia, PA   19102
                                                                   215-735-1060/fax 215-735-6769