United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 15-17242-amc
Ira R. Murray, III                                                        Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: DonnaR            Page 1 of 3             Date Rcvd: Nov 28, 2016
                            Form ID: pdf900         Total Noticed: 74

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 30, 2016.
```
db         +Ira R. Murray, III,    1431 N. Felton Street,    Philadelphia, PA  19151-3806
cr         +Recovery Management Systems Corp,    PO Box 12931,    Norfolk, VA  23541-0931
13662685   +Aaron's Philadelphia,    6420 Frankford Avenue, Ste 3,    Philadelphia, PA  19135-3038
13662686    American Independent Services,    P.O. Box 42526,    Bloominfton, IL  61702
13711565    American InfoSource LP as agent for,    DIRECTV, LLC,    PO Box 5008,
             Carol Stream, IL  60197-5008
13615000   +Az Premium Finance Co,    12406 N 32nd St Ste 110,    Phoenix, AZ  85032-7147
13661871   +Capital Recovery V, LLC,    PO Box 12931,    Norfolk VA  23541-0931
13615001    Chase Manhattan Mortgage,    3415 Vision Drive,    Columbus, OH  43219-6009
13615002   +Cibik and Cataldo, P.C.,    1500 Walnut St., Suite 900,    Philadelphia, PA  19102-3518
13662688   +City of Philadelphia,    Department of Finance,    P.O. Box 56318,    Philadelphia, PA  19130-6318
13662691   +Consumer Portfolio Services, Inc.,    19500 Jamboree Road,    Irvine, CA  92612-2401
13615006   +Consumer Portfolio Svc,    Attn:Bankruptcy,    19500 Jamboree Rd,    Irvine, CA  92612-2401
13611797   +Credit Acceptance,    25505 West Twelve Mile Rd,    Suite 3000,    Southfield MI  48034-8331
13615007   +Credit Acceptance,    Attn: Bankruptcy Dept,    25505 West 12 Mile Rd Ste 3000,
             Southfield, MI  48034-8331
13662694   +D.L.S. Law Offices,    8001 Castor AVenue,    Philadelphia, PA  19152-2701
13662695  ++DIRECTV LLC,    ATTN BANKRUPTCIES,    PO BOX 6550,    GREENWOOD VILLAGE CO 80155-6550
            (address filed with court: Direct TV,     P.O. Box 11732,    Newark, NJ  07101)
13662697    Diversified Adjustments Service, Inc.,    P.O. Box 32145,    Fridley, MN  55432-0145
13721579    ECMC,   PO BOX 16408,    ST. PAUL, MN 55116-0408
13662701   +EOS CCA,    700 Longwater Drive,    Norwell, MA  02061-1624
13662700    Enhanced Recovery Co., LLC,    P.O. Box 23870,    Jacksonville, FL  32241-3870
13615008   +Equifax,    P.O. Box 740241,    Atlanta, GA  30374-0241
13615009   +Experian,    Profile Maintenance,    P.O. Box 9558,    Allen, Texas  75013-9558
13662702   +FH Cann & Associates, Inc.,    1600 Osgood Street,    Suite 20-2/120,
             North Andover, MA  01845-1048
13662703    Financial Recoveries,    P.O. Box 1388,    Mt. Laurel, NJ  08054-7388
13662704    Hertz Processing Services,    P.O. Box 956649,    Saint Louis, MO  63195-6646
13662706    Infinity Insurance Companies,    P.O. Box 2153,    Birmingham, AL  35287-2537
13615011   +Jeanette Martinez,    5405 N. Front Street,    Philadelphia, PA  19120-2913
13615012   +KML Law Group,    701 Market Street,    Suite 5000,    Philadelphia, PA  19106-1541
13662707    Lankenau Medical Center,    Patient Payments,    P.O. Box 8500-1145,
             Philadelphia, PA  19178-1145
13662708    Law Enforcement Systems, LLC Deldot,    P.O. Box 3032,    Milwaulkee, WI  53201-3032
13615013   +Lazarus Financial Grou,    5420 Lbj Freeway,    Dallas, TX  75240-6222
13662709    Lazarus Financial Group, Inc.,    P.O. Box 867045,    Plano, TX  75086-7045
13662711   +Linebarger Goggan Blair and Sampson LLP,    1600 JKF Boulevard,    4 Penn Center, Suite 910,
             Philadelphia, PA  19103-2818
13662712    Main Line Healthcare,    P.O. Box 8500-4600,    Philadelphia, PA  19178-4600
13662713    National payment Center,    U.S. Department of Education,
             P.O. Box 105028Atlanta, GA  30348-5028
13615015    PA Dept. of Revenue,    Bankruptcy Division,    Bureau of Compliance,    P.O. Box 280946,
             Harrisburg, PA  17120-0946
13615017   +PGW,    Legal Dept. 4th Floor,    800 W. Montgomery Avenue,    Philadelphia, PA  19122-2806
13662716   +Philadelphia, Parking Authoriy,    Red Light Camera Program,
             P.O. Box 742503 3101 Market Street,    Cincinnati, OH  45274-2503
13615018   +Security Credit Servic,    PO Box 1156,    Oxford, MS  38655-1156
13615019   +Select Portfolio Servicing,    PO Box 65250,    Salt Lake City, UT  84165-0250
13615020   +Tek-collect Inc,    871 Park St,    Columbus, OH  43215-1441
13615021   +Trans Union Corporation,    Public Records Department,    555 West Adams Street,
             Chicago, IL  60661-3631
13662718   +U.S. Department of Education,    P.O. Box 530260,    Atlanta, GA  30353-0260
13662720    UPHS PPMC Patient Pay,    P.O. Box 824311,    Philadelphia, PA  19182-4314
13662719    UPHS Physicians Patient IDX,    P.O. Box 827579,    Philadelphia, PA  19182-7579
13615023   +Verizon,    500 Technology Dr Ste 30,    Weldon Spring, MO  63304-2225
13662721   +Wade Insurance Agency,    143 E. Roosevelt Boulevard,    Philadelphia, PA  19120-4243
13704972   +Wells Fargo Bank,    Box 5058 MAC P6053-021,    Portland, OR  97208-5058

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: bankruptcy@phila.gov Nov 29 2016 01:40:11      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 29 2016 01:39:52
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 29 2016 01:40:07      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA  19106-4404
cr               E-mail/PDF: rmscedi@recoverycorp.com Nov 29 2016 02:06:52      Capital Recovery V, LLC,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
13614999        +E-mail/Text: EBNProcessing@afni.com Nov 29 2016 01:40:03      Afni, Inc.,    Po Box 3097,
                 Bloomington, IL  61702-3097
```

```
District/off: 0313-2          User: DonnaR                Page 2 of 3                    Date Rcvd: Nov 28, 2016
                              Form ID: pdf900             Total Noticed: 74


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13615630       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 29 2016 01:36:07
                American InfoSource LP as agent for,   T Mobile/T-Mobile USA Inc,   PO Box 248848,
                Oklahoma City, OK   73124-8848
13662692      +E-mail/Text: bankruptcy@consumerportfolio.com Nov 29 2016 01:40:04        CPS, Inc.,
                P.O. Box 57071,   Irvine, CA 92619-7071
13662687       E-mail/Text: ebn@carepayment.com Nov 29 2016 01:40:23       Carepayment,   P.O. Box 2398,
                Omaha, NE   68103-2398
13618934      +E-mail/Text: bankruptcy@cavps.com Nov 29 2016 01:40:04        Cavalry SPV I, LLC,
                500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-1340
13615004      +E-mail/Text: bankruptcy@phila.gov Nov 29 2016 01:40:11        City Of Philadelphia,
                Major Tax Unit/Bankruptcy Dept.,   1401 JFK Blvd, Room 580,    Philadelphia, PA 19102-1611
13662689      +E-mail/Text: equiles@philapark.org Nov 29 2016 01:40:22        City of PHiladelphia,
                Parking Violations Branch,   P.O. Box 41819,   Philadelphia, PA 19101-1819
13615005      +E-mail/Text: bankruptcy@phila.gov Nov 29 2016 01:40:11        City of Philadelphia,
                Bankruptcy Unit,   15th Floor,   1515 Arch Street,   Philadelphai, PA 19102-1504
13662690      +E-mail/Text: ned-collections_bankruptcydocuments@comcast.com Nov 29 2016 01:40:18
                Comcast Cable,   P.O. Box 3006,   Southeastern, PA 19398-3006
13662693      +E-mail/Text: bankruptcy_notifications@ccsusa.com Nov 29 2016 01:40:23
                Credit Collection Services,   Two Wells AVenue,   Dept. 9135,   Newtown, MA 02459-3225
13662698       E-mail/Text: bankruptcynotices@dcicollect.com Nov 29 2016 01:40:19
                Diversified Consultants, Inc.,   P.O. Box 551268,   Jacksonville, FLA 32255-1268
13662699       E-mail/Text: bknotice@erccollections.com Nov 29 2016 01:40:02        Enhanced Recovery Co., LLC,
                8014 Bayberry Road,   Jacksonvile, FLA 32256-7412
13662705      +E-mail/Text: bankruptcy@icsystem.com Nov 29 2016 01:40:19        I.C. System, Inc.,
                444 Highway 96, East,   P.O. Box 64794,   Saint Paul, MN 55164-0794
13615010       E-mail/Text: cio.bncmail@irs.gov Nov 29 2016 01:39:44       I.R.S.,   P.O. Box 7346,
                Philadelphia, PA 19101-7346
13662710      +E-mail/Text: equiles@philapark.org Nov 29 2016 01:40:22        LDC Collection,   P.O. Box 41819,
                Philadelphia, PA 19101-1819
13615014      +E-mail/Text: MVCIBL@VACATIONCLUB.COM Nov 29 2016 01:40:01        Marriott Employees Fcu,
                10400 Fernwood Rd,   Bethesda, MD 20817-1102
13662715      +E-mail/Text: bankruptcydepartment@tsico.com Nov 29 2016 01:40:21
                NCO Financial Systems, INC - KGPORT,   P.O. Box 15270,   Wilmington, DE 19850-5270
13662714      +E-mail/Text: bankruptcydepartment@tsico.com Nov 29 2016 01:40:21
                NCO Financial Systems, Inc. - KGPORT,   P.O. Box 15273,   Wilmimgton, DE 19850-5273
13635107      +E-mail/Text: bankruptcygroup@peco-energy.com Nov 29 2016 01:39:46        PECO Energy Company,
                Attn: Merrick Friel,   2301 Market Street, S23-1,    Philadelphia, PA 19103-1380
13615016       E-mail/Text: bankruptcygroup@peco-energy.com Nov 29 2016 01:39:46        Peco Energy,
                2301 Market Street # N 3-1,   Legal Department,   Philadelphia PA 19103-1338
13623173       E-mail/PDF: rmscedi@recoverycorp.com Nov 29 2016 02:06:52
                Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
13662717       E-mail/Text: bankruptcy@sw-credit.com Nov 29 2016 01:40:01        Southwest Credit,
                4120 International Pkwy,   Suite 1100,   Carrollton, TX 75007-1958
                                                                                              TOTAL: 26

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13615003*     +Cibik and Cataldo, P.C.,   1500 Walnut Street,   Suite 900,   Philadelphia, PA 19102-3518
13662696*    ++DIRECTV LLC,   ATTN BANKRUPTCIES,   PO BOX 6550,   GREENWOOD VILLAGE CO 80155-6550
               (address filed with court: Direct TV,    P.O. Box 78626,   Phoenix, AZ   85062)
13615022      ##+Transworld System Inc/,   2235 Mercury Way Ste 275,   Santa Rosa, CA 95407-5463
                                                                                              TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 30, 2016                              Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: DonnaR                 Page 3 of 3                  Date Rcvd: Nov 28, 2016
                              Form ID: pdf900              Total Noticed: 74
```

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 28, 2016 at the address(es) listed below:

```
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Deutsche Bank National Trust Company, formerly
           known as Bankers Trust Company of California, N.A., as Trustee for SACO I, Inc., Mortgage
           Pass-Through Certificates, Series 2000-1 bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
          MATTHEW CHRISTIAN WALDT    on behalf of Creditor    U.S. Bank National Association, as Trustee,
           Successor in Interest to Wachovia Bank, N.A. (formerly known as First Union National Bank), as
           Trustee for Long Beach Mortgage Loan Trust 2002-1 mwaldt@milsteadlaw.com,  bkecf@milsteadlaw.com
          MICHAEL A. CATALDO2    on behalf of Debtor Ira R. Murray, III ecf@ccpclaw.com,
           igotnotices@ccpclaw.com
          MICHAEL A. CIBIK2    on behalf of Debtor Ira R. Murray, III ecf@ccpclaw.com,
           igotnotices@ccpclaw.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 6
```

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IRA R. MURRAY III                                   Chapter 13

                    Debtor            Bankruptcy No. 15-17242-AMC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

AND NOW, this _____ day of _____, 2016, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

ORDERED, that any wage orders are hereby vacated.

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
CIBIK & CATALDO
1500 WALNUT STREET
SUITE 900
PHILA, PA 19102-

Debtor:
IRA R. MURRAY III

1431 N. FELTON STREET

PHILADELPHIA, PA 19151